IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID SCOTT GAFFORD,<br>Reg. No. 17130-002,<br><br>　　Plaintiff,<br><br>v.<br><br>KENNY HARDIN, *et al.*,<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACT. NO. 2:16-cv-890-ECM<br>)　　　　　　(WO)<br>)<br>)<br>) |

**MEMORANDUM OPINION and ORDER**

On June 24, 2019, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. 32). After an independent review of the record, and upon consideration of the Recommendation of the Magistrate Judge, and for good cause, it is

ORDERED that:

1. The United States Magistrate Judge's Recommendation (doc. 32) is ADOPTED.

2. The Defendants' motion for summary judgment (doc. 15) is GRANTED.

3. Judgment is GRANTED in favor of the Defendants.

4. This case is DISMISSED with prejudice.

5. Costs are taxed against Plaintiff for which execution may issue.

A separate Judgment will be entered.

DONE this 6th day of August, 2019.

　　　　　　　　　　　　　　　/s/ Emily C. Marks
　　　　　　　　　　　　　EMILY C. MARKS
　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE